■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE REYNOLDS, Appellant. [870 NYS2d 10]—

We perceive no basis for reducing the sentence. However, as the People concede, defendant is entitled to a remand for the sole purpose of reconsideration of the length of the term of postrelease supervision (*see People v Stanley*, 309 AD2d 1254 [2003]). Since the sentencing court characterized the five-year period it imposed as "mandatory," it may not have realized that it had the discretion to impose a postrelease supervision term of as little as 2½ years (Penal Law § 70.45 [2] [f]). Concur—Lippman, P.J., Tom, Buckley, Moskowitz and Renwick, JJ.